**Joseph WALTERS, by and through his attorney-in-fact Sheila WALTERS, Plaintiff–Appellant**

v.

**TRAIL KING INDUSTRIES, INC., Defendant–Appellee.**

No. 07–60092.

United States Court of Appeals, Fifth Circuit.

Dec. 11, 2007.

William Robert Couch, Deakle Law Firm, Hattiesburg, MS, for Plaintiff–Appellant.

Michael Davis Simmons, Cosmich & Simmons, Jackson, MS, for Defendant–Appellee.

Before JOLLY, HIGGINBOTHAM, and ELROD, Circuit Judges.

PER CURIAM: *

Having reviewed the district court's decision, the parties' briefs, and the record, we find no reversible error. Accordingly, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.